**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Richard R. Cephas | COURT CASE NUMBER: 04-871-SLR |
| DEFENDANT: Philadelphia Marine Trade Association ET-AL | TYPE OF PROCESS: |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Uwe Schulz / Patrick Dolan

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
475 N. 5th St. 2nd Flr Phila, PA 19123

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Cephas
908 Town Ct
Wilm DE 19801

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

RECEIVED 2005 MAY 2 A 10:06 U.S. MARSHALS SERVICE WILMINGTON DELAWARE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

8:00 AM   3:00 PM   215 426-2510

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 302-521-7789
DATE: 9-30-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin: 15 | District to Serve: 4 | Signature of Authorized USMS Deputy or Clerk: BP | Date: 5-3-05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): PATRICK DOLAN

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9 MAY 05   Time: 11:15 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

FILED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)