IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD R. CEPHAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILADELPHIA MARINE TRADE ASSOCIATION,<br><br>　　and<br><br>INTERNATIONAL LONGSHOREMAN'S ASSOCIATION,<br><br>　　　　Defendants. | Civil Action No. 04-871-SLR |

**DEFENDANT'S STATEMENT OF EFFORT TO REACH AN AGREEMENT PURSUANT TO LOCAL RULE OF CIVIL PRACTICE AND PROCEDURE 7.1.1**

Pursuant to Local Rule of Civil Practice and Procedure 7.1.1, Defendant Philadelphia Marine Trade Association ("PMTA") contacted Plaintiff Richard Cephas, who is appearing in this matter *pro se*, to confer regarding Defendant PMTA's Motion to Join an Additional Defendant. Plaintiff was contacted on or about July 1, 2005 wherein the parties discussed the instant Motion in an effort to reach an agreement on Joining the Container Royalty Fund as an additional Defendant. At the conclusion of the discussion, Plaintiff informed Defendant that he would get back to Defendant after the holiday weekend. To date, Plaintiff has not contacted Defendant to discuss the instant Motion.

Defendant PMTA also attempted to contact counsel for Defendant International Longshoreman's Association ("ILA") pursuant to Local Rule of Civil Practice and Procedure 7.1.1 to reach an agreement on joining the Container Royalty Fund as an additional Defendant. Counsel for Defendant ILA has not responded to Defendant PMTA's efforts to discuss the instant Motion.

Respectfully Submitted,

_____
ALFRED J. D'ANGELO, JR. (# 2164)
JAMES J. SULLIVAN, JR. (# 2266)
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200

Attorneys for Defendant
Philadelphia Marine Trade Association

July 15, 2005