## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2005, I electronically filed Defendant Philadelphia Marine Trade Association's Motion to Join an Additional Defendant with an accompanying Memorandum of Law, proposed Order and Attorney's Statement pursuant to Local Rule of Civil Practice and Procedure 7.1.1 with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record, and by first class mail, postage prepaid, upon the following:

> Richard R. Cephas
> 808 Towne Ct.
> Wilmington, DE 19801
>
> and
>
> William Haller, Esquire
> Freedman & Lorry, P.C.
> 400 Market Street, Suite 900
> Philadelphia, PA 19106
> Counsel for Defendant
> International Longshoreman's Association

> _____
> JAMES J. SULLIVAN, JR. (#2266)
> Klett Rooney Lieber & Schorling, P.C.
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200
>
> Attorneys for Defendant
> Philadelphia Marine Trade Association

Dated: July 15, 2005