IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

RICHARD R. CEPHAS,

        Plaintiff,

        v.       Civil Action No. 04-871-SLR

PHILADELPHIA MARINE TRADE ASSOCIATION,

        And

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,

        Defendant.

---

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John P. Sheridan to represent the International Longshoremen's Association, AFL-CIO, in this matter.

_____
Stephen B. Potter
Delaware Bar No. 0298
Potter Carmine Leonard & Aaronson, PA
840 North Union Street
Wilmington, DE 19899
(302) 658-8940

Attorney for International Longshoremen's Association, AFL-CIO

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _John P. Sheridan_
John P. Sheridan

Date: 7/20/05

Gleason & Mathews, P.C.
26 Broadway, 17th Floor
New York, New York 10014
(212) 425-3240

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD R. CEPHAS, | : |
| Plaintiff, | : |
| | : Civil Action No. 04-871-SLR |
| v. | : |
| PHILADELPHIA MARINE TRADE ASSOCIATION, | : |
| And | : |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, | : |
| Defendant | : |

## CERTIFICATE OF SERVICE

I hereby certify that on _July 28, 2005_, I electronically filed the Motion and Order for Admission Pro Hac Vice and Certification by Counsel to be Admitted Pro Hac Vice with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard R. Cephas
808 Towne Ct.
Wilmington, DE 19801

Philadelphia Marine Trade Association
475 N. 5th Street
Philadelphia, PA 19123

STEPHEN B. POTTER
POTTER, CARMINE & AARONSON, P.A.
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899
(302) 658-8940
spotter@pcllaw.com