# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE BRANDYWINE BUILDING
1000 WEST STREET, SUITE 1410
WILMINGTON, DELAWARE 19801-1397
Telephone: (302) 552-4200

James J. Sullivan, Jr.  
(302) 552-4202

FACSIMILE: (302) 552-4295  
E-MAIL: jsullivan@klettrooney.com

August 11, 2005

*VIA: ELECTRONIC FILING*

The Honorable Sue L. Robinson  
Chief United States District Judge  
United States District Court for the  
District of Delaware  
844 King Street  
Wilmington, Delaware 19801

Re: **Cephas v. Philadelphia Marine Trade Assoc. et al.**
    **Civ. No. 04-871-SLR**

Dear Judge Robinson:

Per your correspondence of July 12, 2005, Defendant Philadelphia Marine Trade Association does not object to the Court's proposed Scheduling Order.

Respectfully,

James J. Sullivan, Jr.  
(# 2266)

JJS/ph

cc: Richard Cephas (via first class mail)  
Stephen B. Potter, Esquire (via first class mail)  
John P. Sheridan, Esquire (via first class mail)