LAW OFFICES
# POTTER, CARMINE & AARONSON, P.A.
840 N. UNION STREET

STEPHEN B. POTTER
KENNETH F. CARMINE
JENNIFER-KATE AARONSON*

*ALSO ADMITTED IN NJ, PA

P.O. BOX 514
WILMINGTON, DELAWARE 19899

TELEPHONE (302) 658-8940
TELECOPIER (302) 654-8377
E-MAIL: PCL@PCLLAW.COM

GLASGOW/BEAR OFFICE
1400 PEOPLES PLAZA, SUITE 101
NEWARK, DELAWARE 19702

TELEPHONE (302) 832-6000
TELECOPIER (302) 832-6008

August 15, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
Chief United States District Judge
United States District Court for the
District of Delaware
844 King Street
Wilmington, Delaware 19801

  Re: <u>Cephas v. Philadelphia Marine Trade Assoc. et al.</u>
     Civ No. 04-871-SLR

Dear Judge Robinson:

  Per your correspondence of July 12, 2005, Defendant International Longshoremen's Association, AFL-CIO does not object to the Court's proposed Scheduling Order.

               Respectfully,

               Stephen B. Potter

SBP/pmh

cc: Richard Cephas **(via first class mail)**
   James J. Sullivan, Esquire
   John Sheridan, Esquire