IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD CEPHAS,                )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civ. No. 04-871-SLR
                               )
PHILADELPHIA MARINE TRADE      )
ASSOCIATION and INTERNATIONAL  )
LONGSHOREMEN'S ASSOCIATION,    )
                               )
        Defendants.            )

O R D E R

At Wilmington this 16th day of August, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **September 12, 2005.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 12, 2005.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment

motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **January 12, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **January 26, 2006.** Reply briefs shall be filed on or before **February 2, 2006.**

                                            _____
                                            United States District Judge