IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD R. CEPHAS,<br><br>  Plaintiff,<br><br>v.<br><br>PHILADELPHIA MARINE TRADE ASSOCIATION,<br><br>and<br><br>INTERNATIONAL LONGSHOREMAN'S ASSOCIATION,<br><br>  Defendants. | Civil Action No. 04-871-SLR |

## ORDER

AND NOW, this 17th day of August, 2005, upon consideration of Defendant Philadelphia Marine Trade Association's Motion to Join an Additional Defendant and the Memorandum of Law attached thereto, it is hereby **ORDERED** that said Motion is **GRANTED** and that Plaintiff Richard Cephas shall Join the Container Royalty Fund as an additional Defendant and serve the Amended Complaint on the Container Royalty Fund within fourteen (14) days of this Order's entry.

BY THE COURT:

_____
           J.