IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD CEPHAS, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-871-SLR |
| PHILADELPHIA MARINE TRADE ASSOCIATION and INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 16th day of August, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **September 12, 2005.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 12, 2005.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



U.S.M.S.
X-RAY

Richard Cephas
Richard Cephas Pro se
808 Towne Ct.
Wilmington, DE 19801



☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
■ NOT DELIVERABLE AS ADDRESSED
 - UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER



WILMINGTON DE
AUG 19 '05