IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD R. CEPHAS, | : |
| Plaintiff, | : Civil Action No. 04-871-SLR |
| v. | : |
| PHILADELPHIA MARINE TRADE ASSOCIATION, | : |
| and | : |
| INTERNATIONAL LONGSHOREMAN'S ASSOCIATION, | : |
| Defendants. | : |

## ORDER

AND NOW, this 17th day of August, 2005, upon consideration of Defendant Philadelphia Marine Trade Association's Motion to Join an Additional Defendant and the Memorandum of Law attached thereto, it is hereby **ORDERED** that said Motion is **GRANTED** and that Plaintiff Richard Cephas shall Join the Container Royalty Fund as an additional Defendant and serve the Amended Complaint on the Container Royalty Fund within fourteen (14) days of this Order's entry.

RECEIVED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY THE COURT:

_____ J.



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3370

OFFICIAL BUSINESS

Richard Cephas
Richard Cephas Pro se
808 Towne Ct.
Wilmington, DE 19801

U.S.M.S. X-RAY

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☒ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RTS — RETURN TO SENDER