IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD CEPHAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-871-SLR |
| | ) |
| PHILADELPHIA MARINE TRADE | ) |
| ASSOCIATION and INTERNATIONAL | ) |
| LONGSHOREMEN'S ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 19th day of October, 2005, plaintiff having failed to comply with the court's order of August 17, 2005 and having failed to inform the court of his current mailing address;

IT IS ORDERED that, on or before **November 18, 2005,** plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                      /s/ Sue L. Robinson
                                                      United States District Judge