IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD R. CEPHAS,

PLAINTIFF,

V.

PHILADELPHIA MARINE
TRADE ASSOCIATION

AND

INTERNATIONAL LONGSHOREMAN'S
ASSOCIATION

DEFENDENTS,

CIVIL ACTION NO.
04-871-SLR

November 18, 2005

Mr. Richard Cephas
305 W. 36 St.
Wilmington, De 19802

Re: Show Cause

Undisputed facts: *First*, the local agreement clearly reads as follows; employees who are not members of the basic-unit shall become eligible for fringe benefits purposes as set forth below at such time "as the employee is first credited with 1000 earned work hours" I have met this criteria.

*Second*, "Employees who enter the industry after 10/1/96 may be entitled to container royalty benefits if they have at least (3) three qualify years". Criteria met.

*Third*, my new address is stated above.

It is for these key reasons, why I think this legal action sound not be dismissed.

In The United States District Court
for the District of Delaware

Richard R. Cephas

    Plaintiff,

v.

Philadelphia Marine Trade Association

And

International Longshorman's Association's

    Denfendant

### Certificate of Service

I hereby certify that 10/18/05 I filed a show of cause against International Longshoreman's Association's AFL-CIO with the Clerk of the Court which will send notification of such filing to the following

James J. Sullivan Jr

John Sheridan

Stephen B. Potter

Richard Cephas
205 W. 36 St